In the Matter of the Arbitration between SPRINGS COTTON MILLS, Respondent, and BUSTER BOY SUIT COMPANY, INC., Appellant.

Submitted November 29, 1949; decided December 29, 1949.

*Harald S. Kohn* and *Solomon Safter* for appellant.

*Kenneth N. La Vine* and *Norman C. Wynroth* for respondent.

Order affirmed, with costs; no opinion. [See 300 N. Y. 680.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.